**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ, | Case No. 2:23-cv-03522-MCS-E |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ARANKA ALBERT, | |
| Defendant. | |

    Pursuant to the Court's order dismissing this action under Federal Rule of Civil Procedure 41(b), it is ordered, adjudged, and decreed that this case is dismissed without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: June 6, 2023

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE